IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOREEN EDWARDS, et al.,          )<br>                                                      )<br>          Plaintiffs.                         )<br>                                                      )<br>                                                      )<br>          v.                                         )<br>                                                      )<br>                                                      )<br>AURORA LOAN SERVICES, LLC, et al., )<br>                                                      )<br>          Defendants.                     )<br>                                                      )    | Case No: 09-CV-02100<br>Judge Henry H. Kennedy, Jr. |

**NOTICE OF FILING**

Please take notice of Treasury Defendants' attached Exhibit 7 (GAO 09-837), filed in support of Treasury Defendants' Motion to Dismiss, or in the alternative, for Summary Judgment (Doc. Nos. 23, 24). Because of the ECF system's size limitation, this document was previously rejected by the ECF system, but was distributed by email to counsel for all parties on January 25, 2010.

Dated: February 3, 2010              TONY WEST
                                                        Assistant Attorney General

                                                        CHANNING D. PHILLIPS
                                                        United States Attorney, District of Columbia

                                                        SANDRA M. SCHRAIBMAN
                                                        Assistant Director,
                                                        Federal Programs Branch

                                                        s/ Bradley H. Cohen

BRADLEY H. COHEN (DC Bar No. 495145)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Telephone:  (202) 305-9855
Fax:  (202) 318-0486
Email:  bradley.cohen@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Ave, N.W.
Washington, D.C. 20001

**ATTORNEYS FOR DEFENDANTS SECRETARY TIMOTHY GEITHNER AND ASSISTANT SECRETARY HERBERT ALLISON, JR.**